UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ELLA ABADIR,
                Plaintiff,

                                                                        14-CV-0855WMS(HKS)

vs.

                                                                       NOTICE OF MOTION FOR
CENTER ONE, LLC,                                    AN ADVERSE INFERENCE
                Defendant.

      PLEASE TAKE NOTICE, hereby given, that upon the annexed affirmation of Anna Marie Richmond, together with the exhibits annexed thereto and referenced therein, and upon the affidavit of Ella Abadir filed in opposition to Defendant's Motion for Summary Judgment (Item No. 43), Plaintiff will move this Court for an adverse inference to be drawn from Defendant's failure to preserve audio and video recordings, and failed to preserve documentary evidence supporting Defendant's assertion that 33 of Plaintiff's subordinates complained about her in 2012.

DATED:      May 15, 2017
               Buffalo, New York

                                                     /s/ Anna Marie Richmond
                                          ANNA MARIE RICHMOND
                                          Attorney for Plaintiff
                                          2500 Rand Building
                                          14 Lafayette Square
                                          Buffalo, NY  14203-1295
                                          716-854-1100
                                          annamarierichmondesq@gmail.com