UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ELLA ABADIR,
            Plaintiff,

                                                  14-CV-0855WMS(HKS)

vs.

                                                  AFFIRMATION OF SERVICE

CENTER ONE, LLC,
            Defendant.

State of New York        )
County of Erie            )

       ANNA MARIE RICHMOND, an attorney admitted to practice in the State of New York, affirms under the penalties of perjury that she is the attorney for the Plaintiff in the above-captioned matter, and that on May 15, 2017, she served Plaintiff's Notice of Motion and Motion seeking an adverse inference upon the Defendant herein by filing the same with the Court's electronic filing system, which would then notify Mark A. Moldenhauer, Esq., and Brooke D. Leone, Esq., Attorneys for Defendant, who maintain offices for the practice of law at The Avant Building, Suite 900, 200 Delaware Avenue, Buffalo, NY 14202

Dated: May 15, 2017

                                                      /s/ Anna Marie Richmond
                                          ANNA MARIE RICHMOND
                                          Attorney for Plaintiff
                                          2500 Rand Building
                                          14 Lafayette Square
                                          Buffalo, NY 14203-1295
                                          716-854-1100
                                          annamarierichmondesq@gmail.com