UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ELLA ABADIR,
               Plaintiff,

    vs.                                     14-CV-0855WMS(HKS)

CENTER ONE, LLC,              AFFIRMATION OF SERVICE
               Defendant.

State of New York      )
County of Erie          )

      ANNA MARIE RICHMOND, an attorney admitted to practice in the State of New York, affirms under the penalties of perjury that she is the attorney for the Plaintiff in the above-captioned matter, and that on May 15, 2017, she served Plaintiff's Errata Appendix M, upon the Defendant herein by filing the same with the Court's electronic filing system, which would then notify Mark A. Moldenhauer, Esq., and Brooke D. Leone, Esq., Attorneys for Defendant, who maintain offices for the practice of law at The Avant Building, Suite 900, 200 Delaware Avenue, Buffalo, NY 14202

Dated: May 15, 2017

                                               /s/ Anna Marie Richmond
                                         ANNA MARIE RICHMOND
                                         Attorney for Plaintiff
                                         2500 Rand Building
                                         14 Lafayette Square
                                         Buffalo, NY 14203-1295
                                         716-854-1100
                                         annamarierichmondesq@gmail.com